JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Plaintiff CHRIS YIU

FILED
2008 FEB 21  P 1:47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHRIS YIU and LISA CHAN,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA and FEDERICO ROCHA, United States Marshal,

    Defendants.

CASE NO.: C 08-01051

ADMINISTRATIVE MOTION, PURSUANT TO L.R. 7-11, TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12

    Plaintiff Chris Yiu hereby moves pursuant to L.R. 3-12 and L.R. 7-11 for consideration of whether this action and case number C 98-20178 JF, should be considered related and assigned to the judge, the Honorable Jeremy Fogel, to which the lowest numbered case is assigned.

    Each of the aforementioned cases has as its central focus the liability of plaintiff Lisa Chan for losses incurred by Microsoft Corporation (Microsoft) as a result of her infringement of copyrights owned by Microsoft.

    In case number C 98-20178 JF, Microsoft obtained a judgment for losses it sustained as result of Lisa Chan's conduct prior to January 1999. In this case, Chris Yiu challenges the enforcement, against his community property, of a restitution order made, subsequent to the judgment in C 98-20178 JF, in a criminal case against Lisa Chan. Chris Yiu's challenge to

1  the enforcement of the restitution order is based on the prior determination of Microsoft's
2  pre-January 1999 losses, the lack of evidence to support any claim for post-January 1999
3  losses, and the use of inadmissible evidence, which conflicts with the amount of pre-January
4  1999 losses, for the purpose computing the restitution order.

5        The filings in C 99-20178 JF are a substantial portion of the evidence which will be
6  offered by Chris Yiu in support of his claims in this action.

7  DATED: February 21, 2008         Respectfully submitted,

8                                            CAREY & CAREY

*[signature]*

JERRY Y. FONG, Attorneys for Plaintiff
CHRIS YIU