

1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Plaintiff CHRIS YIU

                UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION

CHRIS YIU and LISA CHAN          )   CASE NO.: C-08-01051 PVT
                                 )
         Plaintiffs,             )   *EX PARTE* MOTION FOR
                                 )   TEMPORARY RESTRAINING ORDER
vs.                              )   AND PRELIMINARY INJUNCTION
                                 )
UNITED STATES OF AMERICA, and    )
FEDERICO ROCHA, United States    )
Marshal,                         )
                                 )
         Defendants.             )
_____)

   Plaintiff Chris Yiu appearing by and through his counsel of record, Jerry Y. Fong, Esq. of Carey & Carey A Law Corporation, hereby moves *ex parte* for a temporary restraining order and preliminary injunction restraining defendants the United States of America and Federico Rocha, United States Marshal, their officers, agents, servants, employees, attorneys, and any other person acting for, on behalf of either, from taking any further action to conduct the auction sale, presently scheduled for 12 noon, February 26, 2008, or any other form of sale or transfer, of the real property commonly known as 44715 Aguilar Terrace, Fremont, California.

   This motion is made on the ground that immediate and irreparable injury will result to plaintiff Chris Yiu if such auction sale, or any other form of sale or transfer, of such property is not enjoined pending trial of this action, and this motion is based on the motion

1 itself, the memorandum of points and authorities in support of this motion, the request for
2 judicial notice in support of this motion, the declaration of plaintiff Chris Yiu, the declaration
3 of counsel, Jerry Y. Fong, Esq., the complaint initiating this action, and on such other and
4 further matters as may raised at any hearing of this motion, or submitted to the Court before
5 the matters are taken under submission.

7 DATED: February 22, 2008     Respectfully submitted,
8                               CAREY & CAREY

11                              by JERRY Y. FONG, Attorney for
                                Plaintiff CHRIS YIU