ORIGINAL

JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Plaintiff CHRIS YIU

LISA CHAN, *In Pro Per*
44715 Aguila Terrace
Fremont, CA 94589

510/249-6435

*In Pro Per*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS YIU and LISA CHAN,<br><br>　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and FEDERICO ROCHA, United States Marshal,<br><br>　　Defendants. | CASE NO.:  C 08-01051 PVT<br><br>DECLARATION OF PLAINTIFF CHRIS YIU IN SUPPORT OF PLAINTIFFS' MOTION/APPLICATION FOR A TRO/PRELIMINARY INJUNCTION TO STAY THE UNITED STATES OF AMERICA FROM SELLING THEIR FAMILY HOME. |

I, Chris Yiu, declare:

1. I am one of the Plaintiffs in this case. I reside at 44715 Aguilar Terrace, Fremont, California, Plaintiff Lisa Chan (who was my wife) and our daughter.

2. I make this declaration in support of our motion/application for a Temporary Restraining Order ("TRO") and a Preliminary Injunction, to stay and then enjoin Defendants United States of America and the U.S. Marshal's Office for the Northern District of California from selling our family home (allegedly to satisfy a restitution order of about $2.6

million imposed against Lisa, in the criminal case of <u>US v. Lisa Chan</u>, Case # CR00-40146 CW). The sale is scheduled on Tuesday, February 26, 2008 at noon. I have personal knowledge of the matters alleged in this declaration. If called as a witness, I can competently testify to the contents of this declaration.

3. Lisa and I hold title to our family home (44175 Aguilar Terrace, Fremont, California) as husband and wife and as community property.

4. I was never prosecuted in the case involving my wife. When Lisa was sentenced in her criminal case, I was not a participant to the sentencing proceeding in any manner.

5. The original restitution order against Lisa was for $4.5 million and in favor of the victim, Microsoft Corporation. The Government applied a payment of about $1.9 million, seized from Lisa's Charles Schwab accounts, toward the restitution order, leaving a balance of about $2.6 million.

6. Then, in 2005, the Government moved for a writ of execution to sell our family home (which had a fair market price of about $1.8 to $2 million) to satisfy the remaining $2.6 million restitution obligation.

7. Since the Government moved for the writ of execution to sell my home, I have tried, in the context of Lisa' criminal case, to stop the sales process, but I have been unsuccessful in obtaining an evidentiary hearing on the proper amount of restitution.

8. I contend that the original sentence of setting restitution at $4.5 million was erroneous and not based on any relevant or admissible evidence. I further contend that the true/correct restitution amount should be zero and that Microsoft already received approximately $1.9 million to which it was not entitled. The legal and factual bases for my belief are set forth in the accompanying Memorandum of Points & Authorities filed in support of our Motion/Application for a TRO and a Preliminary Injunction and the related evidence attached as exhibits to our moving pleadings.

9. Lisa and I purchased our family home in 1998. We have lived there since that time. Our 2 and ½ year daughter has never lived anywhere else. The home is very special

1 to our entire family.

2 10. Since our purchase of the home, I have been using my salary (from my job as a software engineer) to make the payments for the mortgage, the property taxes, insurance, and maintenance and improvements. From reviewing my records, including my check book, I calculate that, from my salary, I have paid approximately $500,000 (at the least) toward the carrying costs for our family home.

11. As far as I am aware, none of the payments for our home's carrying costs came from any earnings from Lisa.

12. Our present financial situation is such that if we lose our home, we will not be able to afford to buy a replacement home which would be even remotely similar to our present home.

13. My home is my property. I have not done anything illegal.

14. Before I lose my home, I just want the opportunity to have my case heard by a judge or court so that I can present my evidence and legal arguments. I have never had such opportunity to present my case. I do not want my family to lose our home.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 22, 2008, in Fremont, California.

_____
CHRIS YIU