ORIGINAL

1 | JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
2 | 706 COWPER STREET
P.O. BOX 1040
3 | PALO ALTO, CA  94302-1040
650/328-5510
4 | 650/853-3632 fax

5 | Attorneys for Plaintiff CHRIS YIU

6 | LISA CHAN, *In Pro Per*
44715 Aguilar Terrace
7 | Fremont, CA 94589
510/249-6435
8 | *In Pro Per*

9

Filed

FEB 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10

11

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 13 CHRIS YIU and LISA CHAN | CASE NO.: C-08-01051 PVT |
| 14 | VERIFICATION BY |
| 15 Plaintiffs, | PLAINTIFF LISA CHAN OF |
| | COMPLAINT FOR DECLARATORY |
| 16 vs. | AND INJUNCTIVE RELIEF |
| 17 UNITED STATES OF AMERICA, and FEDERICO ROCHA, United States | |
| 18 Marshal, | |
| 19 Defendants. | |

20

21

22

23

24

25

26

27

28

1    I, Lisa Chan, declare:

2    I am a plaintiff in the foregoing action. I have read and know the contents of the

3    complaint filed to initiate this action on February 21, 2008, and the same are true of my own

4    knowledge, except as to those matters which are therein alleged on information and belief,

5    and as to those matters, I believe them to be true.

6    I declare under penalty of perjury under the laws of the United States of America that

7    the foregoing is true and correct.

8    Executed this _____22ⁿᵈ_____ day of February 2008.

9

10

11

12    _____

      LISA CHAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28