ORIGINAL

FILED

2008 FEB 25 A 10: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA 94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Plaintiff CHRIS YIU

6  LISA CHAN, *In Pro Per*
   44715 Aguila Terrace
7  Fremont, CA 94589

8  510/249-6435

9  *In Pro Per*

10

11

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

                        SAN JOSE DIVISION

14
   CHRIS YIU and LISA CHAN,          )   CASE NO.:  C 08-01051 PVT
15                                   )
          Plaintiffs,                )   PLAINTIFFS' CONSENT TO THE
16                                   )   JURISDICTION OF THE MAGISTRATE
   vs.                               )   JUDGE (HON. PATRICIA TRUMBULL)
17                                   )   TO HEAR AND ADJUDICATE ALL
   UNITED STATES OF AMERICA,         )   MATTERS IN THIS CASE.
18 and FEDERICO ROCHA, United        )
   States Marshal,                   )   [LOCAL RULE 73 (a)]
19                                   )
          Defendants.                )
20 _____)

21      Pursuant to Local Rule 73 (a), the Plaintiffs, Chris Yiu and Lisa Chan, hereby jointly

22 consent to the jurisdiction of Magistrate-Judge Trumbull to hear and adjudicate all matters

23 in this case.

24 DATED: 2/24/08                         Respectfully submitted,

25                                        CAREY & CAREY

26

27                                        _____
                                          JERRY Y. FONG, Attorneys for Plaintiff
28                                        CHRIS YIU

PLAINTIFFS' CONSENT TO THE JURISDICTION OF MAGISTRATE-JUDGE

1  DATED: 2/24/08            Respectfully submitted,
2
3
4                                    /s/ Lisa Chan
5                                    LISA CHAN, *In Pro Per*