1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7161
7      FAX: (415) 436-7169
       stephen.johnson1@usdoj.gov
8
   Attorneys for Defendants
9
10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13
   CHRIS YIU and LISA CHAN,              )   No. C 08-1051 PVT
14                                        )
            Plaintiffs,                   )
15                                        )   **NON CONSENT TO MAGISTRATE**
        v.                                )   **JUDGE**
16                                        )
   UNITED STATES OF AMERICA, and          )
17 FEDERICO ROCHA, United States          )
   Marshal,                               )
18                                        )
            Defendants.                   )
19                                        )

20      Defendant United States of America respectfully files this non-consent to magistrate
21 judge.
22 DATED: February 22, 2008          Respectfully submitted,
                                     JOSEPH P. RUSSONIELLO
23                                   United States Attorney
24
25                                    /s/  Stephen L. Johnson
                                     STEPHEN L. JOHNSON
26                                   Assistant United States Attorney
27
28

NON CONSENT TO MAGISTRATE JUDGE
C 08-1051 PVT