1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney

2  JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7161
7  FAX: (415) 436-7169
   stephen.johnson1@usdoj.gov
8
   Attorneys for Defendants
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13
   CHRIS YIU and LISA CHAN,           )    No. C 08-1051 PVT
14                                    )
          Plaintiffs,                 )
15                                    )
       v.                             )
16                                    )    CERTIFICATE OF SERVICE
   UNITED STATES OF AMERICA, and      )
17 FEDERICO ROCHA, United States      )
   Marshal,                           )
18                                    )
          Defendants.                 )
19                                    )

20        I, TINA LOUIE, declare:

21     That I am a citizen of the United States and employed in the City and County of San

22 Francisco, California; that my business address is United States Attorney's Office, 450 Golden

23 Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen

24 years; and that I am not a party to the above-entitled action;

25     That on February 22, 2008, I deposited in the United States mails, in an envelope bearing the

26 requisite postage, a copy of:

27
                          **NON CONSENT TO MAGISTRATE JUDGE**
28

Certificate of Service
C 08-1051 PVT

addressed to:

Jerry Fong
Carey & Carey
706 Cowper Street
P.O. Box 1040
Palo Alto, CA 94302-1040

__√__  **BY FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

_____  **BY PERSONAL SERVICE, (MESSENGER)**

__√__  **FEDERAL EXPRESS**

_____  **FACSIMILE, (FAX)** Telephone No.: _____

_____  **BY E-MAIL**: I caused each such document to be sent by email to the person or offices of each address above.

_____  **CERTIFIED MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice .

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


DATED:  February 26, 2008          /s/ Tina Louie
                                    TINA LOUIE
                                    Legal Assistant

Certificate of Service
C 08-1051 PVT