**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **CHRIS YIU, ET AL.,** | **C 08-1051 PVT** |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **USA, ET AL.,** | |
| Defendant(s). | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: February 26, 2008    RICHARD W. WIEKING,
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk

1 | Copies mailed on 2/26/08:

2 | **Lisa Chan**
3 | 44715 Aguila Terrace
Fremont, CA 94539

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28