**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**February 26, 2008**

**CASE NUMBER: CV 08-01051 PVT**
**CASE TITLE: CHRIS YIU, ET AL.-v-UNITED STATES OF AMERICA, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 02/25/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                               *Richard W. Wieking*
                                                        Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 02/26/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRIS YIU, ET AL.,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, ET AL. et al,

        Defendant.
                                     /

Case Number: CV08-01051 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa Chan
44715 Aguila Terrace
Fremont, CA 94539

Dated: February 29, 2008

                                            Richard W. Wieking, Clerk
                                            By: Tiffany Salinas-Harwell, Deputy Clerk