JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Plaintiff CHRIS YIU

LISA CHAN, *In Pro Per*
44715 Aguila Terrace
Fremont, CA 94589

510/249-6435

*In Pro Per*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS YIU and LISA CHAN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and FEDERICO ROCHA, United States Marshal,<br><br>　　　　Defendants. | CASE NO.:  C 08-01051 JF/PVT<br><br>NOTICE OF VOLUNTARY DISMISSAL.<br><br>[FRCP 41 (a)] |

　　　　Pursuant to Local Rule 41 (a), the Plaintiffs, Chris Yiu and Lisa Chan, hereby jointly voluntarily dismiss the above-captioned action, with prejudice.

DATED: 3/6/08

Respectfully submitted,

CAREY & CAREY

JERRY Y. FONG, Attorneys for Plaintiff
CHRIS YIU

1
NOTICE OF VOLUNTARY DISMISSAL

DATED: 3/6/08

Respectfully submitted,

_____
LISA CHAN, *In Pro Per*